CAUSE NO. M-12-0045-CV-A

BRADLEY AERY AND RANDI AERY, §
PLAINTIFFS, AND §
§
§
J. L. HOUSE TRUST, ET AL., §
INTERVENORS AND THIRD-PARTY §
PLAINTIFFS §
§
§
V. §
§
§
HOSKINS, INC., C. CLIFTON HOSKINS, §
HAZEL Q. HOSKINS LIVING REVOCABLE §
TRUST, HAZEL Q. HOSKINS, TRUSTEE, §
LEE ANN KULKA, LEE ROY HOSKINS, III, §
ANDREA JURICA, BLAKE C. HOSKINS, §
BRENT C. HOSKINS, AND LEONARD K. §
HOSKINS, ET AL., §
DEFENDANTS, AND §
§
§
AURORA RESOURCES CORPORATION, §
ARMADILLO E&P, INC., FORMERLY §
KNOWN AS TEXOZ E&P II, INC., §
TEXOZ E&P I, INC., SEA EAGLE FORD, §
LLC, AND SUNDANCE ENERGY, INC., §
THIRD-PARTY DEFENDANTS. §

IN THE DISTRICT COURT

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

05/20/2015 4:00:54 PM

KEITH E. HOTTLE
Clerk

36TH JUDICIAL DISTRICT

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

05/20/2015 4:00:54 PM

KEITH E. HOTTLE
Clerk

MCMULLEN COUNTY, TEXAS

### ORDER GRANTING DEFENDANT C. CLIFTON HOSKINS'S FIRST AMENDED MOTION FOR PARTIAL SUMMARY JUDGMENT

On this day came on for consideration Defendant C. Clifton Hoskins's Motion for Partial Summary Judgment. After considering Defendant's First Amended Motion for Partial Summary Judgment (the Motion), the arguments of counsel, the pleadings on file in this cause, and all things properly before it, the Court finds that the Motion should be granted.

It is, therefore, ORDERED that the Motion is hereby in all things GRANTED.

It is further ORDERED and DECLARED that the February 9, 1966 Deed from Sam E. Quinn to James L. House conveying the lands of the 623.93-acre Quinn Tract (Vol. 95, pg. 451) did not convey Sam E. Quinn's non-participating royalty interests in the Ray Tract and Hoskins Tract, originally established and described in that certain November 7, 1963 Partition and Royalty Deed.

5306480.1

Filed at 8:45 o'clock A. M.
This 1 day of AUG 20 14

Dorairene Garza
Clerk 36th Dist. Court

**Exhibit A**

01077

(Vol. 95, pg. 357) and subsequently conveyed to Hazel Hoskins and L. R. Hoskins by that certain February 11, 1966 Deed from Sam E. Quinn to L. R. Hoskins and Hazel Hoskins conveying his non-participating royalty interests in Ray Tract and Hoskins Tract.

It is further ORDERED that Plaintiffs, Third-Party Plaintiffs, and Intervenors take nothing on their declaratory judgment claims.

SIGNED this _____ day of _____, 2014.

Janna K. Whatley, 343rd District Judge

STARR BOLDRICK BAUER, 36ᵗʰ District Judge

5306480.1

01078

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the above and foregoing Defendants C. Clifton Hoskins and Hoskins, Inc.'s Reply in Support of their First Amended Motion for Partial Summary Judgment, Response to Aery & House's Joint Objections to Hoskins' Summary Judgment Evidence and Motion to Strike, and Hoskins' Objections and Motion to Strike has on this 26th day of June 2014, been served on the following opposing counsel as listed below:

John W. Weber, Jr.                           *Via Email*
Jeffrey A. Webb
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2100
San Antonio, Texas 78205-3792
Email: john.weber@nortonrosefulbright.com
Jeff.webb@nortonrosefulbright.com
***Attorneys for Intervenors and Third-Party Plaintiffs,
James House Family Intervenors***

Marc K. Whyte                                *Via Email*
John G. George, Jr.
Matthew F. Wymer
BEIRNE, MAYNARD & PARSONS L.L.P.
112 E. Pecan Street, Suite 2750
San Antonio, Texas 78205
Email: mwhyte@bmpllp.com
jgeorgejr@bmpllp.com
mwymer@bmpllp.com
***Attorneys for Plaintiffs Brad Aery and Randi Aery***

Melanie Hessler Phipps                       *Via Email*
Daniel O. Kustoff
Michael Suchosky
KUSTOFF & PHIPPS, LLP
4103 Parkdale Street
San Antonio, Texas 78229
Email: mphipps@kplegal.com
dkustoff@kplegal.com
msuchosky@kplegal.com
***Attorneys for Plaintiffs Brad Aery and Randi Aery***

Conner R. Jackson                            *Via Email*
R. Clay Hoblit
Hoblit Ferguson Darling, LLP
2000 Frost Bank Plaza
802 North Carancahua
Corpus Christi, Texas 78401
Email: cjackson@hfdlaw.com

8

5359049.1

Filed at 8:45 o'clock A M.
This 4th day of Aug 2014

Dorairene Garza
Clerk 36th Dist Court
McMullen County, Texas
By: _____ Deputy

01079

choblit@hfdlaw.com
*Attorneys for Third-Party Defendant Aurora Resources Corporation*

David L. Ylitalo                                        *Via Email*
COATS ROSE, P.C.
Chase Center Oak Park
1020 Northeast Loop 410, Suite 800
San Antonio, Texas 78209
Email: dylitalo@coatsrose.com
*Attorneys for Leonard K. Hoskins*

Peter E. Hosey                                          *Via Email*
Julia W. Mann
Jackson Walker, L.L.P.
112 East Pecan Street, Suite 2400
San Antonio, Texas 78205
Email: phosey@jw.com
jmann@jw.com
*Attorneys for Defendants Lee Ann Kulka,*
*Lee Roy Hoskins, III, and Andrea Jurica*

Jason A. Newman                                         *Via Email*
Meghan Dawson McElvy
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Email: jason.newman@bakerbotts.com
meghan.mcelvy@bakerbotts.com
*Attorneys for Texoz E&P I, Inc.*

Ezra A. Johnson                                         *Via Email*
Joseph B.C. Fitzsimons
J. Byron "Trace" Burton, III
4040 Broadway, Suite 430
San Antonio, Texas 78209
Email: ejohnson@ufjblaw.com
jfitzsimons@ufjblaw.com
tburton@ufjblaw.com
*Attorneys for Defendant & Counter-Plaintiff, Blake C. Hoskins*

David W. Navarro                                        *Via Email*
Brendan C. Holm
Hornberger Sheehan Fuller Beiter
Wittenberg & Garza Incorporated
The Quarry Heights Building
7373 Broadway, Suite 300
San Antonio, TX 78209

9

5359049.1

01080

Email: dnavarro@hsfblaw.com
bholm@hsfblaw.com
**Attorneys for Defendant Brent C. Hoskins**

Bruce D. Oakley                                     *Via Email*
Robert L. Pillow
Hogan Lovells US LLP
700 Louisiana St., Suite 4300
Houston, Texas 77002
Email: bruce.oakley@hoganlovells.com
**Attorneys for Third-Party Defendants Armadillo E&P, Inc.,**
**SEA Eagle Ford, LLC and Sundance Energy, Inc.**

/s/ Corey F. Wehmeyer
Corey F. Wehmeyer

10

5359049.1

C1081